RECEIVED

JAN 2 3 2007

CLERK, U.S. DISTRICT COURT
FOR ANCHORAGE ALASKA

ORIGIN

MAY 1 1 2000

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
_____ Deput

1    UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF ALASKA

3    UNITED STATES OF AMERICA,    )   Case A99-0036-04-CR (HRH)
                                )
4                 Plaintiff,   )   Anchorage, Alaska
                                )   Thursday, April 6, 2000
5       vs.                )   11:07 o'clock a.m.
                                )
6    JUAN FRANCISCO VALERA,     )
                                )
7              Defendant.   )
     _____)   **IMPOSITION OF SENTENCE**

8

9

10    **PARTIAL TRANSCRIPT OF PROCEEDINGS**

11    BEFORE THE HONORABLE JAMES M. FITZGERALD
         UNITED STATES DISTRICT JUDGE

12    APPEARANCES:

13    For the Plaintiff:    AUDREY RENSCHEN
                              JIM BRYNE
14                            Assistant U.S. Attorneys
                              U.S. Attorney's Office
15                            222 West 7th Avenue, Box #9, Room 253
                              Anchorage, Alaska  99513-7567
16                            (907) 271-5071

17    Probation Officer:    DANIEL FYNES
                              U.S. Probation Service
18                            222 West 7th Avenue, Box #48
                              Anchorage, Alaska  99513
19                            (907) 271-5492

20    For the Defendant:    D. SCOTT DATTAN
                              Attorney at Law
21                            2600 Denali Street, Suite 460
                              Anchorage, Alaska  99503
22                            (907) 276-8008

23                            JAMES LAVECCHIA
                              Attorney at Law
24                            1016 2nd Street, Suite 1
                              Kenai, Alaska  99611-7208
25                            (907) 283-6041

1  concurrently.  I'm also going to impose a period of supervised
2  release upon discharge from confinement of 10 years on Counts
3  1, 15, and 17, except in Counts 15 and 17, the term of
4  supervised release will be eight years.

5          I'm also going to find that you are unable to pay a
6  fine, and I'm going to impose a special assessment of $100 on
7  each of the three counts for a total of $300, which must be
8  paid forthwith.

9          I think at your age, the 324 months is indeed a very
10 heavy sentence, but it's the minimum that I can impose under
11 the Sentencing Guidelines.

12         I'm now going to remand you to the custody of the
13 United States Marshal in execution of the sentence.  Is there
14 anything else I should say at this time or do at this time in
15 connection with the sentence, Mr. Dattan?

16         MR. DATTAN:  I don't think so, Your Honor, no.

17         THE COURT:  By the government?

18         MS. RENSCHEN:  No, Your Honor.

19         THE COURT:  Very well.  Now, it's my understanding
20 that counsel have been retained --

21         MR. DATTAN:  That's correct, Your Honor.  I'd like
22 permission to file my motion to withdraw.

23         THE COURT:  Yes.  Mister -- I'm going to enter the
24 appearance of counsel, and it's Mr. Echivera (ph)?

25         MR. LAVECCHIA:  No, Mr. LaVecchia.  For the record,