# Certificate of Achievement

This Certifies That

*Frank Valera*

has satisfactorily completed

*Theme Essay Writing*

Consisting of 20 hours of Adult Continuing Education from April 16th through June 24th, 2006
This certificate is hereby issued this 24th day of June, 2006

M. Inderbitzen, A.C.E. Coordinator

M. Chavez, Supervisor of Education

RECEIVED

JAN 2 3 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA