

# Certificate of Achievement

This Certifies That

*Frank Valera*

has satisfactorily completed

*Art Appreciation*

Consisting of 20 hours of Adult Continuing Education from April 16th through June 24th, 2006. This certificate is hereby issued this 24th day of June, 2006

M. Chavez, Supervisor of Education

M. Inderbitzen, A.C.E. Coordinator

**RECEIVED**
JAN 2 3 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA