# Certificate of Achievement

This Certifies That

*Frank Valera*

has satisfactorily completed

*Personal Development*

Consisting of 20 hours of Adult Continuing Education from October 16th through December 18th, 2005
This certificate is hereby issued this 18th day of December, 2005

M. Chavez, Supervisor of Education

J. Grounds, A.C.E. Coordinator

RECEIVED
JAN 2 3 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA