# Certificate of Achievement

This Certifies That

*Frank Valera*

has satisfactorily completed

*Small Business*

Consisting of 20 hours of Adult Continuing Education from October 16th through December 18th, 2005
This certificate is hereby issued this 18th day of December, 2005

_____
M. Chavez, Supervisor of Education

_____
Grounds, A.C.E. Coordinator

RECEIVED
JAN 2 3 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA