

# Certificate of Achievement

This Certifies That

*Juan Valera*

has satisfactorily completed

*Language Arts*

Consisting of 20 hours of Adult Continuing Education from July 17th through September 24th, 2005
This certificate is hereby issued this 24th day of September, 2005

J. Grounds, A.C.E. Coordinator

M. Chavez, Supervisor of Education

RECEIVED
JAN 2 3 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA