# Certificate of Achievement

This certifies that

*Juan Valera*

has satisfactorily completed

*Essay Writing*

Consisting of 20 hours of Adult Continuing Education from January 19th through March 23rd, 2005
This certificate is hereby issued this 23rd day of March, 2005

_____
M. Chavez, Supervisor of Education

_____
R. Bills, A.C.E. Coordinator

**RECEIVED**
JAN 2 3 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA