CERTIFICADO DE PARTICIPACIÓN

RECEIVED
JAN 2 3 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA



# PRISON FELLOWSHIP

Presentado a:

## Juan Valera

En reconocimiento de la participación en el seminario - **Libre ¡Por Fin!**

*" Si mantienen fieles a mis enseñanzas, serán realmente mis discípulos: y conocerán la verdad - y la verdad los hará libres."*

Juan 8:36

_____
Director del área

11/19/05
Fecha

_____
Líder

_____
Líder

Certificate of completion of Prison Fellowship seminar : FREE AT LAST!
A seminar to help in overcoming addictions