IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JUAN FRANCISCO VALERA,   )

        MOVANT,   )

                )

-vs-                   )Case NO.A99-0036-04-CR (HRH)

UNITED STATES OF AMERICA)

        RESPONDENT,   )

## MOTION TO AMEND AND SUPPLEMENT MOTION
## PURSUANT TO 18 U.S.C. §3582(c)(2)

Comes Now,Juan Francisco and moves this Honorable Court to Amend and Supplement his motion under Title 18 subsection 3582(c)(2).In support of this motion the Movant cites as follow:

### BACKGROUND

The Movant filed and submitted a motion pursuant 18 U.S.C. §3582(c)(2) on January 17,2007 asking this Honorable Court to consider factor set forth in 18 U.S.C.§3553(a) as to the similaritys of the case of United States-vs-Ricardo Cruzagosto case no.3:02-cr-00100-03-HRH under 18 U.S.C.§3553(5)(B)(6).

(1)

The Movant brings to the attention of this Honorable Court two recent ruling by The United States Court Of Appeals For The Ninth Circuit.

United States-vs-Carrington case no.05-36143

United States-vs-Hicks case no.06-30193

In U.S.-vs-Carrington the Ninth Ciruit recalled mandates in two cases in order to allow for a Booker re-sentencing simply because the judge at sentencing stated on the record that he did not want to impose the sentence mandated by the guidelines, to which one of the cases had been final for over 16 years.

The case of U.S.-vs-Hicks allows the District Court to re-calculate a defendant's sentencing range using the newly reduced Guidelines, and then determine an appropriate sentence in accordance with the §3553(a) factors.

SEE ATTACHMENT

(2)

THERFORE, THE MOVANT MOVES THIS HONORABLE COURT TO CONSIDER THE FACTS HELD IN THE NINTH CIRCUIT COURT OF APPEAL IN THE CASE OF HICKS AND CARRINGTON PURSUANT TO THE MOVANT MOVANT'S MOTION UNDER 18 U.S.C. §3582(c)(2).

RESPECTFULLY SUBMITTED THIS 31ST OF JANUARY OF 2007

s/ Juan Valera - 12340-006

JUAN FRANCISCO VALERA

UNITED STATES PENITENTIARY

P.O. BOX 019001

ATWATER, CALIFORNIA 95301

(3)