**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

<u>UNITED STATES OF AMERICA</u>       v.  <u>PALACIOS-IBARRA</u>

THE HONORABLE H. RUSSEL HOLLAND    CASE NO.  <u>3:99-cr-0036-HRH</u>

This Minute Order Pertains to:  <u>Juan Francisco Rincon VALERA (D-04)</u>

<u>Deputy Clerk</u>                <u>Official Recorder</u>
_____         _____

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

Defendant Valera has moved the court for relief pursuant to 18 U.S.C. § 3582(c)(2). The court does not understand why the Government has failed to respond to this motion since it appears to have been properly served upon the United States Attorney. The court is disinclined to treat this as an unopposed matter, even though the time for opposing the motion has expired.

The Government will please serve and file its response to defendant's motion (Docket No. 632; <u>see also</u> Docket No. 633) on or before February 28, 2007. Thereafter, the court will treat the motion as unopposed.

- 1 -