IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
MAR 13 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

JUAN FRANCISCO VALERA,    )

        MOVANT,    )

-vs-    ) Case No. A99-0036-04-CR (HRH)

UNITED STATES OF AMERICA, )

        RESPONDENT.    )

TRAVERSE TO USA RESPONSE TO MOTION

PURSUANT TO 18 U.S.C. §3582(c)(2)

---

Comes Now, Juan Francisco Valera in oppsition to the Government respones to his Motion pursuant 18 U.S.C. §3582(c)(2). In support of this oppsition the Movant cites as follow:

BACKGROUND

---

The Movant filed and submitted a motion seeking relief pursuant to 18 U.S.C. 18 §3582(c)(2) asking this Honorable Court to consider factors set forth in 18 U.S.C. §3553 as to the similaritys of the case of United States-vs-Ricardo Cruzagosto case no. 3:02-cr-00100-3-(HRH).

(1)

   The Movant moved to Amend and Supplement his motion citing :
United States-vs-Carrington case no.05-36143 9th Cir.
United States-vs-Hicks 2007 U.S.App.Lexis 540.

   Although the Government was properly served they failed to respond to this motion in a timely fashion.This Honorable Court then order them with additional time to file their response to this motion.

   The U.S.Attorney office of Ancorage represented by Deborah Smith arguement against entertaining any issue pursuant to 18 U.S.C.§3582 was rejected in the United States Court of Appeals by Judge Betty B.Fletcher on Jan.11,2007 in the case of United States-vs-Hicks.The court held that the District Courts treat the United States Sentencing Guidelines as advisory applies to the re-sentencing of defentants pursuant to 18 U.S.C.§3582 (c)(2) calculating a new Guideline range,considering factor under 18 U.S.C.§3553.

   The United States Court of Appeals for the Ninth Circuit had just recalled mandates in United States-vs-Carrington to allow for a Booker re-sentencing in two cases simply because the judge at sentencing stated on record that he did not want to impose the sentence mandated by the guidelines withstanding the fact that one of the cases had been final for over 16 years.

(2)

CONCLUSION

The Movant has pleaed this harsh sentence in several different pleading in this Honorable Court which was all rejected. Now under the Supreme Court ruling in the case of United States-vs-Booker, 543 U.S. 220, 76CrL 251(2005) and because Congress has not attemped to undermine the Supreme Court conclusion in Booker this Court has the discretion to depart from guidelines ranges in all cases treating the guidelines has advisory includes entertaining this motion pursuant to 18 U.S.C. §3582 (c)(2) and considering the vast similaritys of this case and the case of United States-vs-Ricardo Cruzagosto under 18 U.S.C. §3553.

Although the Movant did not petition to recall mandate in his case the Movant prays upon this Honorable Court to consider the fact that the judge at his sentencing stated on record that he did not want to impose the sentence mandated by the guidelines.

THEREFORE, THE MOVANT PRAYS UPON THIS HONORABLE COURT FOR RELIEF PURSUANT TO 18 U.S.C. §3582(c)(2).

Respectfully submitted this 6th day of March 2007.

s/ *Juan Valera, #12340-006*

Juan Francisco Valera

United States Penitentiary

P.O. Box 019001

Atwater, California 95301

Juan Francisco Valera
United States Penitentiary
P.O. Box 019001
Atwater, California 95301

United States District Court
Office of Clerk
222 West 7th Ave #4
Anchorage, Alaska 99513-7564

LEGAL mail

CERTIFIED MAIL