IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RECEIVED
APR 0 2 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

JUAN FRANCISCO VALERA,         )
                               )
           MOVANT,             )
                               )
-vs-                           )
                               )
                               ) Case No. A99-0036-04-CR(HRH)
UNITED STATES OF AMERICA,      )
                               )
           RESPONDENT.         )
                               )
_____)

NOTICE OF APPEAL

COMES NOW, JUAN FRANCISCO VALERA and gives this Honorable Court Notice of Appeal to the United States Court of Appeals for the Ninth Circuit from the ORDER denying Motions pursuant to 18 U.S.C. §3582(c)(2)[632]; ORDER denying Motion to Amend and Supplement[633], and pre-denial of Certificate of Appealability [638].

DONE THIS 22nd DAY OF MARCH OF 2007

s/ Juan Valera #12340-006

JUAN FRANCISCO VALERA #12340-006

UNITED STATES PENITENTIARY

P.O. BOX 019001

ATWATER, CALIFORNIA 95301

**Orders on Motions**
3:99-cr-00036-HRH-JDR USA v. Palacios-Ibarra et al

## U.S. District Court

### District of Alaska

Notice of Electronic Filing

The following transaction was received from PRR, COURT STAFF entered on 3/6/2007 at 4:05 PM AST and filed on 3/6/2007
**Case Name:**      USA v. Palacios-Ibarra et al
**Case Number:**    3:99-cr-36
**Filer:**
**Document Number:** 638

**Docket Text:**
ORDER denying [632] Motion to modify sentence pursuant to 18:3582(c)(2) as to Juan Francisco Rincon Valera (4); denying [633] Motion to Amend and supplement as to Juan Francisco Rincon Valera (4); any request for certification for an appeal is denied. Signed by Judge H. Russel Holland on 3/6/07. (PRR, COURT STAFF)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1105331613 [Date=3/6/2007] [FileNumber=166409-0]
[2535129e7f2fe73dc8c004d9eb349cbfb9bcbb00b8c77e25514b667deab73045ef9a9
e8fa03b7f5e5dbfebf06ddf0d6a4785d65a20c59d55dfaaddd773535b9c]]

**3:99-cr-36-4 Notice will be electronically mailed to:**

Audrey J. Renschen    audrey.renschen@usdoj.gov, monica.johnson2@usdoj.gov; usaak.ecf@usdoj.gov

**3:99-cr-36-4 Notice will be delivered by other means to:**

Felipe Sanchez Montes
13723006
USP Victorville
P.O. Box 5500
Adelanto, CA 92301

Gerson Nunez
46057-054
Federal Prison Camp
P.O. Box 200