RECEIVED
JUN 14 2007
CLERK, U.S. ...
AN... ... COUR.

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

# 07-35459

**CASE INFORMATION:**
Short Case Title: USA v. VALERA
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: H. RUSSEL HOLLAND-3:99-cr-00036-04-HRH
Date "**Motion for Resentencing**" Filed: 1/23/07
Date Appealed Order *entered*: 3/6/07
Date NOA *filed*: 4/2/07
COA Status (check one):
___granted in full (attach order)   _X_ denied in full (send record)
___granted in part (send record)   ___pending

Court Reporter(s) Name and Phone Number: N/A
Magistrate Judge's Order? If so, please attach.

---

**FEE INFORMATION:**
Date Docket Fee paid: __        Date Docket Fee billed: __
Date FP granted: __              Date FP denied: __
Is FP pending? _No_ yes/no       Was FP Limited/Revoked?
US Government Appeal?  _No_ yes/no
Companion Cases? Please list: __
Please attach copy of any order granting, denying or revoking FP.

---

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                      Appellee Counsel:
Juan Francisco Rincon Valera, Pro Per   Audrey Renschen, AUSA
#12340-006                              U.S. Attorney's Office
United States Penitentiary              222 W. 7th Ave., #9
P.O. Box 019001                         Anchorage, AK 99513
Atwater, CA 95301                       FAX: 907-271-1500

___retained   ___CJA   ___FPD   ___FPD   ___Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: # 12340-006            Address: P.O. Box 019001, Atwater, CA 95301
Custody: Yes
Bail: __

---

**AMENDED NOTIFICATION INFORMATION:**   **07-35459**
Fees Paid: __       9th Circuit Docket Number: __

Name and phone number of person completing this form:  Linda Christensen - 907-677-6104