Juan Francisco Ricon Valera
#12340-006
FCI Mckean
P.O. Box 8000
Bradford, PA 16701



United States District Court
District of Alaska
Clerk of Court
Federal Building, US Courthouse
222 W. 7th Ave., #4
Anchorage, AK 99513-7564

RE: US V. Valera   Case 3:99-CR-00036-HRH-4

Dear Sirs,

    I am requesting from you, today, under the "Freedom of Information and Privacy Act" an updated copy of the above captioned Docket.

    Furthermore, this letter is to inform this Honorable Court of my new mailing address. Please forward any documents to the above captioned address.

    I thank you for your attention to this letter, and for any time and efforts you may expend fulfilling this request.

Sincerely,

July 30, 2007

Juan Francisco Rincon Valera

Federal Correctional Institution McKean
Name: Juan Valera
Reg.#: 12340-006
P.O. Box 8000
Bradford, PA 16701

ERIE PA 165
30 JUL 2007 PM 1 L

US District Court
District of Alaska
Attn: Clerk of Court
222 W. 7th Avenue #4
Anchorage, AK 99513-7564