IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JUAN FRANCISCO RINCON VALERA,<br><br>　　　　Defendant. | Case No. 3:99-cr-00036-HRH<br><br><br>ORDER |

　　　Juan Francisco Rincon Valera, representing himself, has filed a motion to modify his pre-sentence report and to modify his sentence under 28 U.S.C. § 2241.[1] Mr. Valera, however, has appealed his sentence to the Court of Appeals for the Ninth Circuit.[2] This Court may not hear Mr. Valera's case while it is on appeal. The Ninth Circuit has instructed that the "district court should not entertain a habeas

---

　　　[1] *See* Docket No. 655.

　　　[2] *See* Docket Nos. 640, 641, 647, 648, 649, 650.

corpus petition while there is an appeal pending in this court or in the Supreme Court."[3] To do otherwise, "would eviscerate our goal of judicial economy by engaging the attention of two courts on the same case at the same time."[4]

**Therefore, IT IS HEREBY ORDERED:**

Mr. Valera's motion at docket number 655 is DENIED,[5] and this action is DISMISSED without prejudice.

DATED this 20th day of September, 2007, at Anchorage, Alaska.

/s/H. Russel Holland
United States District Judge

---

[3] *United States v. Pirro*, 104 F.3d 297, 299 (9th Cir. 1997), quoting *United States v. Deeb*, 944 F.2d 545, 548 (9th Cir. 1991), *cert. denied*, 503 U.S. 975 (1992), and *Feldman v. Henman*, 815 F.2d 1318, 1320 (9th Cir.1987).

[4] *Id.*

[5] Mr. Valera is cautioned that in the event he is filing what is, in effect, a motion under 28 U.S.C. § 2255, he must first secure authorization from the Court of Appeals for the Ninth Circuit. *See* 28 U.S.C. § 2244(a); *see also* Docket Nos. 476, 477, 489, 517, 520, 524, 539, 596.