IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>plaintiff,<br><br>vs.<br><br>JUAN FRANCISCO VALERA,<br>defendant. | CASE NO. 3:99-cr-00036-(HRH) |

RECEIVED
OCT 01 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

MOTION TO RECONSIDER MOTION TO AMEND
PRESENTENCE REPORT AND MODIFY SENTENCE

---

NOW COMES, the defendant Juan Francisco Valera, Pro Se, and moves this Honorable District Court to reconsider his motion to amend the presentence Report and Modify his sentence. for the following reasons forth with :

INTRODUCTION

Mr. Valera contends that his motion dated September 11,2007 was erroneously DENIED due to a pending motion in the Ninth Circuit. Mr. Franka Valera has provided Document 650 while he would assume this has been denied making nothing pending in the Ninth Circuit. The defendant is aware that he must get permission from the Ninth Circuit to file a successive 2255 but is under the impression he must afford the District Court an opportunity to respond to the motion under 28 U.S.C.A §§ 2241 at this juncture the defendant is informing this Court that there should not be anything Pending in the Appeals Court, at this time.

The defendant would request from this Honorable Court to investigate the record further and seek the record for error.

## CONCLUSION

Therefore, if Mr. Valera is mistaken as to the pending Notice of Appeal please notify him of what his pending case is docketed.

## PRAYER

Wherefore Mr. Valera prays this Honorable District Court hears his motion in light of the defendant, or reply back as to what the Pending Motion is in the Ninth Circuit.

Respectfully Submitted,

*/s/ Juan Valera*

Juan Francisco Valera.                    September 27, 2007

## DECLARATION AND CERTIFICATE OF SERVICE

I, Juan Francisco Valera, hereby declare and affirm, under the penalty of perjury pursuant to 28 U.S.C.A § 1746(2), that the foregoing pleading is true and correct, and that I served by first-class postage prepaid and surrendered to prison officials, a true and correct original of the foregoing pleading, this 27th day of September, 2007, to:

1) Audrey Renschen, ausa
222 W. 7th Ave #9
Anchorage, Alaska 99513

*/s/ Juan Valera*
Juan Francisco Valera
Reg. No. 12340-006
F.C.I., McKean
P.O. Box 8000
Bradford, PA 16701

Juan Valera
#12340-006
FCI Mckean
P.O. Box 8000
Bradford, PA 16701

United States District Court
District of Alaska
Room 229
222 W. 7th Ave
Anchorage, AK 99513-7564


