RECEIVE|

JUN 1 4 2007

CLERK, U.S. _____
AN C ·· _____ COUR.

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

# 07-35459

**CASE INFORMATION:**
Short Case Title:  USA v. VALERA
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: H. RUSSEL HOLLAND-3:99-cr-00036-04-HRH
Date **"Motion for Resentencing"** Filed: 1/23/07
Date Appealed Order *entered*: 3/6/07
Date NOA *filed*: 4/2/07
COA Status (check one):
___granted in full (attach order) ___X_denied in full (send record)
___granted in part (send record)     ___pending

Court Reporter(s) Name and Phone Number:  N/A
                          Magistrate Judge's Order?  If so, please attach.

---

**FEE INFORMATION:**
Date Docket Fee paid: __          Date Docket Fee billed: __
Date FP granted: _                Date FP denied: __
Is FP pending?  No_yes/no         Was FP Limited/Revoked?
US Government Appeal?    No_yes/no
Companion Cases?  Please list: __
              Please attach copy of any order granting, denying or revoking FP.

---

**COUNSEL INFORMATION:  (please include e-mail address and fax number)**

Appellate Counsel:                  Appellee Counsel:
Juan Francisco Rincon Valera, Pro Per   Audrey Renschen, AUSA
#12340-006                          U.S. Attorney's Office
United States Penitentiary          222 W. 7th Ave., #9
P.O. Box 019001                     Anchorage, AK  99513
Atwater, CA  95301                  FAX: 907-271-1500

__retained   __CJA   __FPD   __FPD   __Other      Please attach Appointment Order.

---

**DEFENDANT INFORMATION:**
Prisoner ID: _# 12340-006_          Address: P.O. Box 019001, Atwater, CA  95301
Custody: Yes
Bail: __

---

**AMENDED NOTIFICATION INFORMATION:**      # 07-35459
Fees Paid: __      9th Circuit Docket Number: _

Name and phone number of person completing this form:   Linda Christensen - 907-677-6104