IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Respondent, ) | |
| ) | |
| -v- ) | 3:99-CR-0036-04(HRH) |
| ) | |
| JUAN FRANCISCO VALERA, ) | |
| ) | |
| Movant. ) | |

**MOTION SEEKING TO AMEND THE PRESENTENCE REPORT AND JUDGEMENT AND COMMITMENT AND VACATE AND MODIFY SENTENCE UNDER 28 USC §§2241**

Comes Now, the Defendant/Movant Mr. Juan Valera, Pro Se, and moves this Honorable Court to modify the instant sentence to conform to the <u>draft</u> pretrial sentence investigation report (PSR). The PSR has a palpable ministerial error.

### INTRODUCTION

Mr. Valera was sentenced in the District of Alaska, before the Honorable James M. Fitzgerald on April 6, 2000.

Valera was found guilty of Counts 1,15, and 17 Violations of 21 §U.S.C. §841 (a)(1), distribution of a controlled substance.