IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

RECEIVED
DEC 17 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

A99-0036-4

JUAN FRANCISCO VALERA

vs

UNITED STATES OF AMERICA

EXHIBIT APPENDIX

Juan Francisco Valera
Reg. No. 12340-006
Federal Corr. Institution, McKean
P.O. Box 8000
Bradford, PA 16701

**FILED**

**NOV 1 6 1999**

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | Case No. A99-036 CR (HRH) |
| Plaintiff, | ) ) ) | <u>TRIAL STIPULATION REGARDING COCAINE ANALYSIS</u> |
| v. | ) ) | |
| GERSON NUNEZ and JUAN FRANCISCO RINCON VALERA, | ) ) ) ) | |
| Defendants. | ) ) | |

The United States of America, by and through its counsel of record, the United States Attorney for the District of Alaska, and defendants Gerson Nunez and Juan Francisco "Frank" Rincon Valera, by and through their counsels of record, Randall Patterson, Esquire, and D. Scott Dattan, Esquire, respectively, hereby agree to the following evidentiary items and their admissibility as trial

*Exhibit A.*

305

evidence:

1. Exhibit 5A is cocaine received by Ernesto Suazo on October 9, 1998, during a controlled buy on that date. Suazo sealed and inventoried the exhibit as Federal Bureau of Investigation (FBI) case number 281I-AN-11842 evidence item 1B3. He later submitted the evidence to the State of Alaska Scientific Crime Detection Laboratory for analysis.

2. Exhibit 6A is the corresponding State of Alaska Scientific Crime Detection Laboratory report, 98-1897-01, showing the resulting analysis of the exhibit by Criminalist Jane Booth.

3. Exhibit 5B is cocaine base (crack) received by Ernesto Suazo on October 16, 1998, during a controlled buy on that date. Suazo sealed and inventoried the exhibit as Federal Bureau of Investigation (FBI) case number 281I-AN-11842 evidence item 1B4. He later submitted the evidence to the State of Alaska Scientific Crime Detection Laboratory for analysis.

4. Exhibit 6A is the corresponding State of Alaska Scientific Crime Detection Laboratory report, 98-1897-01, showing the resulting analysis of the exhibit by Criminalist Jane Booth.

5. Exhibit 5C is cocaine base (crack) received by Ernesto Suazo on October 30, 1998, during a controlled buy on that date. Suazo sealed and inventoried the exhibit as Federal Bureau of Investigation (FBI) case number 281I-AN-11842 evidence item 1B6. He later submitted the evidence to the State of Alaska Scientific Crime Detection Laboratory for analysis.

6. Exhibit 6A is the corresponding State of Alaska Scientific Crime Detection Laboratory report, 98-1897-01, showing the resulting analysis of the exhibit by Criminalist Jane Booth.

7. Exhibit 5D is cocaine base (crack) received by Ernesto Suazo on November 5, 1998, during a controlled buy on that date. Suazo sealed and inventoried the exhibit as Federal Bureau of Investigation (FBI) case number 281I-AN-11842 evidence item 1B7. He later submitted the evidence to the State of Alaska Scientific Crime Detection Laboratory for analysis.

8. Exhibit 6A is the corresponding State of Alaska Scientific Crime Detection Laboratory report, 98-1897-01, showing the resulting analysis of the exhibit by Criminalist Jane Booth.

9. Exhibit 5E is cocaine base (crack) received by Ernesto Suazo on

November 16, 1998, during a controlled buy on that date. Suazo sealed and inventoried the exhibit as Federal Bureau of Investigation (FBI) case number 281I-AN-11842 evidence item 1B8. He later submitted the evidence to the State of Alaska Scientific Crime Detection Laboratory for analysis.

10. Exhibit 6A is the corresponding State of Alaska Scientific Crime Detection Laboratory report, 98-1897-01, showing the resulting analysis by Criminalist Jane Booth.

11. Exhibit 5F is cocaine received by Ernesto Suazo on December 29, 1998, during a controlled buy on that date. Suazo sealed and inventoried the exhibit as Federal Bureau of Investigation (FBI) case number 281I-AN-11842 evidence item 1B32. Deputy Marshall Randy Riffe later submitted the evidence to the State of Alaska Scientific Crime Detection Laboratory for analysis.

12. Exhibit 6B is the corresponding State of Alaska Scientific Crime Detection Laboratory report, 98-1897-04, showing the resulting analysis by Criminalist Jane Booth.

13. From the time they were received by law enforcement agents until the trial, Exhibits 5A-5F have remained sealed and inventoried in the

vaulted storage of the Federal Bureau of Investigation, to preserve the exhibits in the same condition in which they were received. The only time the exhibits were unlocked and unsealed was for their analyses at the State of Alaska Scientific Crime Detection Laboratory.

14. Exhibit 6C is the curriculum vita for Criminalist Jane Booth.

IT IS SO STIPULATED.

ROBERT C. BUNDY
United States Attorney

_Audrey Renschen_                                11/15/99
AUDREY RENSCHEN                                  Date
Assistant United States Attorney

_Randall Patterson_                              11/15/99
RANDALL PATTERSON, Esq.                          Date
Counsel for Defendant Gerson Nunez

_D. Scott Dattan_                                November 15, 1999
D. SCOTT DATTAN, Esq.                            Date
Counsel for Defendant
Juan Francisco "Frank" Rincon Valera

5