Juan Francisco Valera
Reg.No.12340-006
F.C.I.,McKean
P.O.Box 8000
Bradford, PA 16701


Attn.Jane Booth
State of Alaska Scientific
Crime Detection Laboratory




RE: U.S.A  vs  Valera
District Court Case-07-35459
(F.B.I) Case Number-281I-AN-11842


Dear Sirs,
    This is a Non-Commercial request for specific documents which I need to proceed on a collateral attack under 28 U.S.C.A § 2255. These documents were withheld as evidence at trial and have ultimately prejudice me with accessive "Drug Quantity" I am requesting the following documents under Title 5 U.S.C.A 552 a(FREEDOM OF INFORMATION/PRIVACY ACT.)
    I am requesting any and all documentation this agency holds of the above captioned case. I am specifically requesting under Title 5 U.S.C.A 552a, the complete Laboratory Report Analysis and any Documentation available.
    To be specific about criminalist Jane Booth' Reports, I'd request the following itemized evidence, which was **STIPULATED** to by Audreey Renschen assistant United States Attorney,Randall Patterson,Esq counsel for Gerson Nunez, D.Scott Dattan,Esq counsel for Juan Francisco "FRANK" Valera:

   1) Exhibit 5A cocaine received by Ernesto Suazo on October 9,1998. Evidence Item 1B3 ...Lab Analysis....
   2) Exhibit 6A Resulting Analysis by Jane Booth Lab Report 98-1897-01.

   3) Exhibit 5B cocaine base received by Ernesto Suazo on October 16,1998. Evidence Item 1B4 ...Lab Analysis....
   4) Exhibit 6A Resulting Analysis by Jane Booth Lab Report 98-1897-01.

   5) Exhibit 5C cocaine base (crack) received by Ernesto Suazo on October 30,1998. Evidence Item 1B6 ...Lab Analysis....
   6) Exhibit 6A Resulting Analysis by Jane Booth Lab Report 98-1897-01.

Exhibit 1

1

7) Exhibit 5D cocaine base (crack) received by Ernesto Suazo on November 5,1998. Evidence Item 1B7 ...Lab Analysis....
8) Exhibit 6A Resulting Analysis by Jane Booth Lab Report 98-1897-01.

9) Exhibit 5E cocaine base (crack) received by Ernesto Suazo on November 16,1998. Evidence Item 1B8 ...Lab Analysis....
10) Exhibit 6A Resulting Analysis by Jane booth Lab Report 98-1897-01.

11) Exhibit 5F cocaine received by Ernesto Suazo on December 29,1998. Evidence Item 1B32 ,Deput Marshall Randy Riffe submitted to the State of Alaska Scientific Crime Detection Laboatory ...Lab Analysis....
12) Exhibit 6B Resulting Analysis by Jane Booth Lab Report 98-1897-04.

These items are said to have been sealed at all stages and remained sealed and placed in vaulted storage,although the E||hibits were unlocked and unsealed for their Analysis.
I am requesting the reports for Exhibit 6C the curriculum vita for Criminalist Jane Booth, as well.
I have previously exhausted the remedies trying to retrieve these important Documents. I am now attempting to exhaust the remedies through the Freedom of Information and Privacy Act.
I am looking foward to your attention in this matter.

Sincerely,

*Juan Valera* (signature)

Juan Francisco Valera.

This 11th day of September,2007.

Exhibit 1 cont.