

# State of Alaska Department of Public Safety

*SCIENTIFIC CRIME DETECTION LABORATORY*

GOVERNOR  
SARAH PALIN

COMMISSIONER  
WALT MONEGAN

*"Public Safety through Public Service"*

---

October 2, 2007

Juan Francisco Valera  
Reg. No. 12340-006  
F.C.I., McKean  
P.O. Box 8000  
Bradford, PA 16701

Dear Mr. Valera:

Your request for Alaska Scientific Crime Laboratory records was forwarded to this office. Ms. Jane Booth is employed as an analyst at the state crime lab. It is our understanding that she tested the controlled substances which formed the basis of the conviction for which you are now incarcerated. Although you have cited the federal Freedom of Information Act, your request is for Alaska state records, and is covered by the Alaska statues pertaining to disclosure of state public records, AS 40.25.100-40.25.220.

We are unable to provide these records. AS 40.25.122 provides that, with respect to a person who is involved in law enforcement proceedings, the records must be disclosed in accordance with the criminal rules of court. What this means is that a person who is a criminal defendant must obtain the records through criminal discovery procedures. You must contact your former lawyer or the court to obtain the requested records.

If you wish, you may administratively appeal this denial by complying with the procedures in 2 AAC 96.340. Copies of 2 AAC 96.335 – 2 AAC 96.350 are attached. You may obtain immediate judicial review of the denial by seeking an injunction from the superior court under AS 40.25.125. Electing not to pursue injunctive remedies in superior court will have no adverse effects on your rights in an administrative appeal. An administrative appeal from a denial of a request for public records requires no appeal bond.

Sincerely,

Orin K. Dym,  
Forensic Lab Supervisor

cc: Jane Booth

5500 East Tudor Road   Anchorage, AK 99507   Voice (907) 269-5740   Fax (907) 338-6614

Exhibit 2