Juan Francisco Valera
Reg.No. 12340-006
Fed.Corr.Inst.,McKean
P.O. Box 8000
Bradford, PA 16701


Commisioner
Walt Monegan
State of Alaska Dept.
of Public Saftey.
5500 East Tudor Road
Anchorage, Alaska 99507


RE:U.S.A vs Valera
Case Number 07-35459
(F.B.I)Case Number 281I-AN-11842


Dear Mr.Monegan,

I wish to Appeal the DENIAL of my request for the Laboratory Reports done by Jane Booth from the Scientific Crime Detection Laboratory Department. The DENIAL was made by Orin K. Dym with the Forensic Laboratory Dp, his address is 5500 East Tudor Road in Anchorage, Alaska 99507. I am making this Appeal Reconsideration request consistent with Alaska Court Rules 2 AAC 96.340(a) and requesting from the Agency Head to reconsider my request. The DENIAL of my request was denied on October 2,2007. I am within the 60 day requirement allowed under Alaska State Rules.(2 AAC 96.325) My initial request from the State of Alaska Scientific Crime Detection Laboratory (Attention Jane Booth) was made on September 11,2007.

The requested reports are pertinent to Collateral Attack my case and will save me several years of unlawful incarceration. I am at my second stage as to exhaust the Administrative Remedies to receive these Public Documents.

Thank you for any time and attention that you may expend with helping me retrieve these important documents.

Respectfully Submitted,

*Juan Valera* (signature)
Juan Francisco Valera.

This 9th day of October, 2007.

Exhibit 3.