Juan Francisco Valera
Reg. No. 12340-006
P.O.Box 8000
Bradford, PA 16701

Attn.Attorney General
of theUnited States
Department of Justice
950 Pennsylvania Ave.,N.W
Washington, DC 20530-0001

RE: U.S.A vs Valera
District Court Case- 07-35459
(F.B.I) Case Number- 281I-AN-11842


Dear Sirs,
   This is a Non-Commercial request for specific documents. These documents were withheld as crucial evidence at trial and have ultimately prejudice me with accessive "DRUG QUANTITY." I am requesting the following documents under Title 5 U.S.C.A 552a (FREEDOM OF INFORMATION/PRIVACY ACT.)

   I am requesting any and all documentation this Agency holds of the above captioned case. I am specifically requesting under Title 5 U.S.C.A 552a, the complete Laboratory Report Analysis, Resulting Laboratory Report Analysis, and any Documentation available.

   To be specific about Criminalist Jane Booth' Reports, I'd request the following itemized evidence, that was **STIPULATED** to by Audrey Renschen Assistant United States Attorney, Randall Patterson counsel for gerson Nunez, and D.Scott Dattan,Esq counsel for Juan Francisco "Frank" Valera:

   1) **Exhibit 5A** cocaine received by Ernesto Suazo on October 9,1998.
      **EVIDENCE ITEM 1B3**   ...Lab Analysis....
   2) **EXHIBIT 6A** Resulting Analysis by Jane Booth Lab Report number 98-1897-01.

   3) **EXHIBIT 5B** cocaine base received by Ernesto Suazo on October 16, 1998.
      **EVIDENCE ITEM 1B4**   ...Lab Analysis....
   4) **EXHIBIT 6A** Resulting Analysis by Jane Booth Lab Report number 98-1897-01.

   5) **EXHIBIT 5C** cocaine base (crack) received by Ernesto Suazo on October 30,1998.
      **EVIDENCE ITEM 1B6**   ...Lab Analysis....
   6) **EXHIBIT 6A** Resulting Analysis by Jane Booth Lab REport number 98-1897-01.

   7) **EXHIBIT 5D** cocaine base (crack) received by Ernesto Suazo on November 5,1998.
      **EVIDENCE ITEM 1B7**   ...Lab Analysis....
   8) **EXHIBIT 6A** Resulting Analysis by Jane Booth Lab Report number 98-1897-01.

Exhibit 4

9) **EXHIBIT 5E** cocaine base (crack) received by Ernesto Suazo on November 16,1998.
   **EVIDENCE ITEM 1B8**   ...Lab Analysis....
10) **EXHIBIT 6A** Resulting Analysis by Jane Booth Lab Report number 98-1897-01.

11) **EXHIBIT 5F** cocaine received by Ernesto Suazo on December 29, 1998.
    **EVIDENCE ITEM 1B32**, Deputy Marshall Randy Riffe submitted to the State of Alaska Scientific Crime Detection Laboratory ...Lab Analysis....
12) **EXHIBIT 6B** Resulting Analysis by Jane booth Lab Report number 98-1897-04.

These items are said to have been sealed at all stages and have remained sealed and placed in a vaulted storage, although the Exhibits were unlocked and unsealed for their Analysis.
I am requesting the reports for Exhibit 6C the curriculum Vita for Criminalist Jane Booth, as well.
I have previously exhausted the remedies trying to receive these important documents by telephone and now I am attempting to recover these documents through the Freedom of Information and Privacy Act.
I am looking foward to your attention in this matter.

Sincerely,

*Juan Valera*
Juan Francisco Valera.

This 23rd day of September, 2007.

cc.
file

2

*Exhibit 4 cont.*