Juan Francisco Valera
Reg.No. 12340-006
Fed.Corr.Inst.,McKean
P.O. Box 8000
Bradford, PA 16701


D. Scott Dattan
AK Bar No. 8411111
2600 Denali Street
Suite 460
Anchorage, Alaska 99503
(907)276-8008


RE: U.S.A vs Valera
Case Number-A99-036-4 cr(HRH)


Dear         ,

    I am requesting under the "Freedom of Information and Privacy Act" Title 5 § 552(a) the complete discovery made by Jane Booth at the State of Alaska Scientific Crime Detection Laboratory which consist of Laboratory Reports, Analysis Results, and a curriculum Vita made by Ms. Booth.

    The F.B.I number in which to reference the initial request is 281I-AN-11842. The following Reports and Results dated below is the important discovery that I am requesting from you.

    1) October 9,1998 Exhibit 5A, Evidence Item 1B3.
       Exhibit 6A Resulting Analysis 98-1897-01.
    2) October 16,1998 Exhibit 5B, Evidence Item 1B4.
       Exhibit 6A Resulting Analysis 98-1897-01.
    3) October 30,1998 Exhibit 5C, Evidence Item 1B6.
       Exhibit 6A Resulting Analysis 98-1897-01.
    4) November 5,1998 Exhibit 5D, Evidence Item 1B7.
       Exhibit 6A Resulting Analysis 98-1897-01.
    5) November 16,1998 Exhibit 5E, Evidence Item 1B8.
       Exhibit 6A Resulting Analysis 98-1897-01.
    6) December 29,1998 Exhibit 5F, Evidence Item 1B32.
       Exhibit 6B Resulting Analysis 98-1897-04.
    7) Exhibit 6C the Curriculum Vita made by Jane Booth.

Being, you were my counsel of record at the time, I insist that you send me this complete discovery of these reports by Jane Booth.

Exhibit 5

Please make these documents available to me at your earliest convenience, but no later than required by the time limitations of Title 5 § 552(a)(6)(A).

Thank you for any time that you may expend at helping me with this matter.

Sincerely,

*Juan Valera*

Juan Francisco Valera.
This 17th day of October, 2007.

Exhibit 5 cont.