Gerson Nunez
46057-054
Federal Prison Camp
P.O. Box 200
Waymart, PA 18472


Randall Patterson, Esq.
Attorney at Law
1015 W. 7th Avenue
Anchorage, Alaska
          99501


RE: U.S.A vs Nunez
Case Number-A99-036-4 cr(HRH)


Dear Sirs,

   I am requesting under the "Freedom of Information and Privacy Act" Title 5 § 552(a) the complete discovery made by Jane Booth at the State of Alaska Scientific Crime Detection Laboratory which consist of Laboratory Reports, Analysis Results, and a curriculum Vita made by Ms. Booth.

   The F.B.I number in which to reference the initial request is 281I-AN-11842. The following Reports and Results dated below is the important discovery that I am requesting from you.

   1) October 9,1998 Exhibit 5A, Evidence Item 1B3.
      Exhibit 6A Resulting Analysis 98-1897-01.
   2) October 16,1998 Exhibit 5B, Evidence Item 1B4.
      Exhibit 6A Resulting Analysis 98-1897-01.
   3) October 30,1998 Exhibit 5C, Evidence Item 1B6.
      Exhibit 6A Resulting Analysis 98-1897-01.
   4) November 5,1998 Exhibit 5D, Evidence Item 1B10.
      Exhibit 6A Resulting Analysis 98-1897-01.
   5) November 16,1998 Exhibit 5E, Evidence Item 1B8.
      Exhibit 6A Resulting Analysis 98-1897-01.
   6) December 29,1998 Exhibit 5F, Evidence Item 1B32.
      Exhibit 6B Resulting Analysis 98-1897-04.
   7) Exhibit 6C the Curriculum Vita made by Jane Booth.

Being, you were my counsel of record at the time, I insist that you send me this complete discovery of these reports by Jane Booth.

*Exhibit 6*

Please make these documents available to me at your earliest convenience, but no later than required by the time limitations of Title 5 § 552(a)(6)(A).

Thank you for any time that you may expend at helping me with this matter.

Sincerely,

Gerson Nunez.
This 11th day of October, 2007.

Exhibit 6 cont.