

UNITED STATES SUPERIOR COURT
ANCHORAGE ALASKA

JUAN FRANCISCO VALERA,  )
    plaintiff,  )
  )
  )
vs.  )    Case No. A99-0036-4 (HRH)
  )    07-35459
  )
UNITED STATES OF AMERICA,  )
    defendant.  )
  )

## MOTION FOR INJUNCTION TO PRODUCE LABORATORY REPORTS

**Now comes**, the petitioner, Juan Francisco Valera, Pro Se, and moves the Superior Court for an injunction to produce the laboratory reports done by Jane Booth, from the State of Alaska Scientific Crime Detection Laboratory, in Anchorage, Alaska. The initial (F.B.I) Case Number being 281I-AN-11842 is suppose to be the number the analysis was filed under. Mr. Valera contends that he has exhausted the remedies trying to obtain these reports, which forms the bases of his conviction. However, the record does not expose analytic reports done by Jane Booth which Valera was tried and charged on these results and a stipulation agreement of these analysis results.

Valera contends that if not for the missing results the jury would not have found him guilty and these documents are 100% evidence which could have been used in an evidentiary hearing and to reduce his sentence substantially, in the interest of Justice.

Valera contends that his Sixth Amendment Right to confront the witnesses against him has been violated. This holds true in light of

**Crawford vs. Washington,** 541 U.S. 36, 158 L Ed 2d 177, (2004).

To not produce and afford Mr. Valera the opportunity to examine this evidence against him so that he may reduce his sentence in an attempt to collateral attack would be in a even firther **BRADY** violation, substantially affecting Valera's Rights. (See Brady vs. Maryland, 373 U.S. 83, 10 L Ed 2d 215, 83 S Ct. 1194.)(Decided May 13, 1963.)

This has been a damaging Due Process and Valera should be allowed access to the laboratory reports which stands in between his innocence or guilt of excessive drug amounts and the opportunity to be confronted by his accusers.

## EXHAUSTED REMEDIES

Valera has written a **"FREEDOM OF INFORMATION AND PRIVACY ACT"** request and has made request for these records under the Alaska statue pertaining to disclosures of State Public Records, AS 40.25.100-40.25.220.(See Exhibit 1, 2, and 3.)(Exhibit 4,5, and 6.)(Exhibit A.)

The State of Alaska Scientific Crime Detection Laboatory, Criminalist Jane Booth and Orin K. Dym have responded back and Valera Appealed. Mr. Valera has written the Attorney General and there has been no response back to date, within the time requirements of Title 5 § 552,(Freedom of Information and Privacy Act). This request to the Attorney General has been over 20 days ago, without any attention made to the request or filing of a Moiton for Extention of Time.

Mr. Valera has requested these reports from former lawyers Mr. Dattan and Mr. Patterson as well, but to no avail.(See Attatchments).

## CONCLUSION

Valera contends that he has exhausted his remedies at trying to retrieve these reports, still to no avail. Again attatched to the back of this motion are the requests for the desired information.

2

Exhibit B

## PRAYER

Wherefore, Valera prays this Honorable Superior Court grant the Injunction and Order Jane Booth the Attorney General or the Agency to produce and provide Valera with the reports at issue, further more provide Valera with a signed and notarized memorandum of the non-existence of these papers, as this may be an issue.

Respectfully Submitted,

*/s/ Juan Valera*
Juan Francisco Valera.

*/s/ Juan Valera*
This 5th day of November, 2007

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of this motion to the following:

1) Jane Booth (Criminalist)
   5500 East Tudor Road
   Anchorage, Alaska 99507

2) Walt Monegan
   5500 East Tudor Road
   Anchorage, Alaska 99507

3) Attorney General OF U.S.A
   Department of Justice
   950 Pennsylvania Ave, N.W.
   Washington, DC 20530-0001

4) D. Scott Dattan
   2600 Denali Street, Suite 460
   Anchorage, Alaska 99503

5) Superior Court
   825 West 4th Avenue
   Anchorage, Alaska
   99501-2004

This 5th day of November, 2007.

*/s/ Juan Valera*
Juan Francisco Valera, Pro Se
Registration No. 12340-006
Federal Corr. Inst., McKean
P.O. Box 8000
Bradford, PA 16701

3

Exhibit B