

# State of Alaska
## Department of
# Public Safety

Sarah Palin, Governor
Walt Monegan, Commissioner

November 19, 2007

Juan Francisco Valera
Reg. No. 12340-006
F.C.I. McKean
P.O. Box 8000
Bradford, Pa. 16701

Re: U.S.A. vs. Valera
Case Number 07-35459
F.B.I. Case number 281I-An-11842

Dear Mr. Valera:

Your Administrative appeal in the above case has been referred to me for a response. At this time I am denying your appeal. As has been stated in the previous correspondence from Mr. Orin Dym, Laboratory Supervisor this information must be obtained through Court proceedings.

It would appear that in your recent correspondence to the Commissioner of Public Safety that you have started the necessary steps to obtain those records via Court Injunction.

At such time as the Injunction is granted through the Federal Courts and we receive an order from them we will comply with your request.

Sincerely,

John D. Glass, Deputy Commissioner

CC: Walt Monegan, Commissioner
    Orin Dym, Lab Supervisor

Exhibit C

*"Public Safety through Public Service"*

**Office of the Commissioner**
5700 E. Tudor Road – Anchorage, AK 99507 – Voice (907) 269-5086 – Fax (907) 269-4543
Juneau Office – Voice (907) 465-4322 – Fax (907) 465-4362