IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,          )
                                   )
                Plaintiff,         )
                                   )
    vs.                            )
                                   )
FANNY MARGARITA PALACIOS-IBARRA,   )
et al.,                            )
                                   )
                Defendants.        )
_____)
                                   )   No. 3:99-cr-0036-HRH
This Order Pertains to:            )
                                   )
JUAN FRANCISCO RINCON VALERA [D-04])
_____)
```

O R D E R

Motion for Injunction
to Produce Laboratory Reports

    Defendant Valera moves the court for an injunction requiring the production of laboratory reports from the State of Alaska, Scientific Crime Detection Laboratory.[1]

    The motion is denied for the reason that there is nothing pending in this court that would justify the kind of records review or discovery that Mr. Valera seeks.

    DATED at Anchorage, Alaska, this <u>16th</u> day of January, 2008.

                                        /s/ H. Russel Holland
                                        United States District Judge

---

[1] Docket No. 659.