IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,    )

    Plaintiff,    )    Case No.3:99-cr-00036-HRH

vs.    )    MOTION FOR APPOINTMENT OF COUNSEL

JUAN FRANCISCO RINCON VALERA, )

    Defendant.    )

    )

**RECEIVED**

JAN 2 8 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

    AND NOW, Comes Juan Francisco Rincon Valera in his pro se litigant capacity in the above matter before the Court. Valera is submitting this motion for appointment of counsel in good faith seeking appointment of counsel for the determination of if and how the newly amended guideline level for 'crack cocaine' offenders effects him. Mr. Valera has a crack cocaine case which he proceeded to trial and was found guilty by a jury.

    In accordance to the FRCRP Title 18 U.S.C. § 3006A. i.e. Adequate representation of defendants, Valera states that the Court may appoint counsel.

Wherefore, defendant Valera prays that the Court grants this motion.

    Respectfully submitted,

Juan Francisco Rincon Valera
P.O. Box 8000, FCI-McKean
Bradford, PA 16701
Register No. 12340-006

c.c. AUSA,Audrey J.Renschen

Juan Francisco Rincon Valera
federal correctional institution,McKean
P.O. Box 8000
Bradford, PA 16701
Register No. 12340-006

NAL INSTITUTION,
FORD, PA 16701
B

ough special mailing procedures
as neither been opened nor
estion or problem over which
y wish to return the material
ion. If the writer encloses
ther addressee, please return
oove address.

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
Federal Building. U.S. Courthouse
222 W. 7th Avenue, #4
Anchorage, Alaska 99513-7564

