IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,            )
                                     )
                   Plaintiff,        )
                                     )
     vs.                             )
                                     )
FANNY MARGARITA PALACIOS-IBARRA,     )
et al.,                              )
                                     )
                   Defendants.       )
_____)
                                     )   No. 3:99-cr-0036-HRH
This Order Pertains to:              )
                                     )
JUAN FRANCISCO RINCON VALERA [D-04]  )
_____)
```

O R D E R

Motion for Appointment of Counsel

Defendant Valera moves pro se for the appointment of counsel to assist him as regards revised Sentencing Commission guidelines with respect to crack cocaine.

The motion for appointment of counsel[1] is granted. Defendant and designated counsel are advised that the court will not entertain motions with respect to the revised crack guidelines until they become effective, March 3, 2008.

DATED at Anchorage, Alaska, this 30th day of January, 2008.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 665.

- 1 -