IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )
                                    )
     vs.                            )
                                    )
FANNY MARGARITA PALACIOS-IBARRA,    )
et al.,                             )
                                    )
                    Defendants.     )
_____)
                                    )   No. 3:99-cr-0036-HRH
This Order Pertains to:             )
                                    )
JUAN FRANCISCO RINCON VALERA [D-04] )
_____)
```

O R D E R

Scheduling Order

On January 28, 2008, Juan Francisco Rincon Valera filed a motion for appointment of counsel[1] for purposes of resentencing under 28 U.S.C. § 3582(c) in light of the new sentencing guidelines with respect to "crack" cocaine. The motion for appointment of counsel was granted on January 30, 2008.[2]

As explained by the Supreme Court in Kimbrough v. United States, the guidelines were changed, effective November 1, 2007, to

---

[1]Docket No. 665.

[2]Docket No. 666.

- 1 -

reduce "the base offense level associated with each quantity of crack by two levels."[3] The Supreme Court noted at the time that "[t]he Commission has not yet determined whether the amendment will be retroactive to cover defendants like Kimbrough."[4] Since that case was decided, it has been determined that the guidelines would become retroactive on March 3, 2008.[5]

IT IS THEREFORE ORDERED that:

1. The Federal Public Defender for the District of Alaska will designate counsel from the CJA Panel or the Federal Public Defender's office to represent defendant Valera in this case for purposes of filing a motion under Section 3582(c).

2. Counsel for defendant Valera shall review the record, confer with him, and file a motion under Section 3582(c), or other appropriate document, within sixty days from the date of this order.

3. The Government shall file a response to defendant's motion within sixty days from the time counsel for defendant Valera files his motion.

4. Counsel for defendant Valera may file a reply within thirty days of the filing of the Government's response.

---

[3] Kimbrough v. United States, 128 S. Ct. 558, 569 (2007), citing Amendments to the Sentencing Guidelines for United States Courts, 72 Fed. Reg. 28571-28572 (2007).

[4] Id., 569 n.11.

[5] See United States v. Ross, 511 F.3d 1233, 1237 n.2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c)(2).")

5.   The court will schedule a hearing, if necessary, after the briefing is complete.

DATED at Anchorage, Alaska, this <u>2nd</u> day of April, 2008.

<u>/s/ H. Russel Holland</u>
United States District Judge
