Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:99-cr-00036-04-HRH |
| Plaintiff, | |
| vs. | **ENTRY OF APPEARANCE** |
| JUAN FRANCISCO RINCON VALERA (D-4),, | |
| Defendant. | |

      Rich Curtner, Federal Public Defender for the District of Alaska, hereby enters his appearance as counsel for the Defendant JUAN FRANCISCO RINCON VALERA (D-4), in the above-captioned action.

      DATED at Anchorage, Alaska this 5th day of June 2008.

      Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:         907-646-3480
E-Mail:     rich_curtner@fd.org

Certification:
I certify that on June 5, 2008,
a copy of the **Entry of Appearance**
was served electronically on:

Audrey J. Renschen
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
E-Mail: audrey.renschen@usdoj.gov

/s/Rich Curtner