Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN FRANCISCO RINCON VALERA (D-4),<br><br>Defendant. | NO. 3:99-cr-00036-04-HRH<br><br>**UNOPPOSED MOTION FOR THIRTY DAY EXTENSION OF TIME**<br><br>**(Filed on Shortened Time)** |

Defendant JUAN FRANCISCO RINCON VALERA (D-4), by and through counsel Rich Curtner, Federal Defender, requests a thirty-day extension of time to file his petition in the above captioned case. His petition was due on June 2, 2008, and if this order is granted, it would be due on July 2, 2008. This is his first request. Counsel inadvertently missed Judge Holland's scheduling order (filed at Docket No. 685) and requires additional time to gather the documents relevant to his request for resentencing under the retroactive crack amendment.

Assistant U.S. Attorney Audrey Renschen does not oppose this motion.

DATED at Anchorage, Alaska this 6th day of June 2008.

Respectfully submitted,

/s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:     rich_curtner@fd.org

Certification:
I certify that on June 5, 2008,
a copy of the *Unopposed Motion
for Thirty Day Extension of Time
(Filed on Shortened Time)* was
served electronically on:

Audrey J. Renschen
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
E-Mail: audrey.renschen@usdoj.gov

/s/Rich Curtner