UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUAN FRANCISCO RINCON VALERA (D-4),,<br><br>    Defendant. | NO. 3:99-cr-00036-04-HRH<br><br>**PROPOSED ORDER** |

After due consideration of the Juan Valera's Unopposed Motion for Thirty Day Extension of Time, the motion is GRANTED.

IT IS HEREBY ORDERED that the deadline for Mr. Valera to file his motion under Section 28 U.S.C. §3582(c) is continued from June 2, 2008, to _____, 2008.

DATED this _____ day of June 2008, in Anchorage, Alaska.

_____
H. RUSSEL HOLLAND
U.S. DISTRICT JUDGE