IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>              Plaintiff,   )<br>                              )<br>   vs.                        )<br>                              )<br>FANNY MARGARITA PALACIOS-IBARRA, )<br>et al.,                       )<br>                              )<br>              Defendants.   )<br>_____)<br>                              )<br>This Order Pertains to:       )<br>                              )<br>JUAN FRANCISCO RINCON VALERA [D-04] )<br>_____) | No. 3:99-cr-0036-HRH |

O R D E R

Motion for Extension of Time

After due consideration of Juan Valera's unopposed motion for thirty-day extension of time,[1] the motion is granted.

It is hereby ordered that the deadline for Juan Valera to file his motion under Section 28 U.S.C. § 3582(c) is continued from June 2, 2008, to July 2, 2008.

DATED at Anchorage, Alaska, this 9th day of June, 2008.

/s/ H. Russel Holland
United States District Judge

---

[1] Docket No. 704.

- 1 -