**FILED**

JUN 25 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED

JUN 3 0 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| UNITED STATES OF AMERICA, | No. 07-35459 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-99-00036-HRH |
| | District of Alaska, |
| v. | Anchorage |
| JUAN FRANCISCO R. VALERA, | |
| Defendant - Appellant. | ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

On April 2, 2007, appellant filed a notice of appeal from the order entered by the district court on March 6, 2007. Because the notice of appeal was filed more than 10 court days after entry of the order, but within 30 calendar days after the expiration of the time to file the notice of appeal, this case is remanded to the district court, pursuant to circuit court policy, for the limited purpose of permitting the district court to provide appellant notice and an opportunity to request that the time for filing the notice of appeal be extended for a period not to exceed 30 calendar days from the expiration of the time for filing a notice of appeal based on a showing of excusable neglect. *See* Fed. R. App. P. 4(b)(4); *United States v.*

MF/Pro Se

*Prairie Pharmacy, Inc.*, 921 F.2d 211, 212 (9th Cir. 1990); *United States v. Stolarz*, 547 F.2d 108, 112 (9th Cir. 1976).

The district court is requested to make this determination at its earliest convenience and to send to this court a copy of its order setting forth the basis for its determination. The district court is also requested to serve its orders on appellant at the following address: Reg. No. 12340-006, U.S. Penitentiary (Atwater), P.O. Box 019001, Atwater, CA 95301-0000.

The proceedings in this court are held in abeyance pending the district court's determination.

The Clerk shall serve this order on the district judge.

CLERK, U.S. COURT OF APPEALS
FOR THE NINTH CIRCUIT
P.O. BOX 193939
SAN FRANCISCO, CALIFORNIA 94119-3939

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

LEGAL MAIL



049J82022823
$00.42⁰
Mailed From 06/25/2008
US POSTAGE 94103