# Certificate of Achievement

This Certifies That

*Frank Valera*

has satisfactorily completed

*Latin Culture*

Consisting of 20 hours of Adult Continuing Education from April 16th through June 24th, 2006. This certificate is hereby issued this 24th day of June, 2006

M. Inderbitzen, A.C.E. Coordinator

M. Chavez, Supervisor of Education

RECEIVED
JAN 2 3 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA



# Certificate of Achievement

This Certifies That

*Frank Valera*

has satisfactorily completed

*Theme Essay Writing*

Consisting of 20 hours of Adult Continuing Education from April 16th through June 24th, 2006
This certificate is hereby issued this 24th day of June, 2006

M. Inderbitzen, A.C.E. Coordinator

M. Chavez, Supervisor of Education

RECEIVED
JAN 2 3 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA



# Certificate of Achievement

This Certifies That

*Frank Valera*

has satisfactorily completed

*Art Appreciation*

Consisting of 20 hours of Adult Continuing Education from April 16th through June 24th, 2006
This certificate is hereby issued this 24th day of June, 2006

M. Inderbitzen, A.C.E. Coordinator

M. Chavez, Supervisor of Education

RECEIVED
JAN 2 3 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# Certificate of Achievement

This Certifies That

*Frank Valera*

has satisfactorily completed

*Personal Development*

Consisting of 20 hours of Adult Continuing Education from October 16th through December 18th, 2005
This certificate is hereby issued this 18th day of December, 2005

J. Grounds, A.C.E. Coordinator

M. Chavez, Supervisor of Education

RECEIVED
JAN 2 3 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA



# Certificate of Achievement

This Certifies That

*Frank Valera*

has satisfactorily completed

*Small Business*

Consisting of 20 hours of Adult Continuing Education from October 16th through December 18th, 2005
This certificate is hereby issued this 18th day of December, 2005

_____ Grounds, A.C.E. Coordinator

_____ M. Chavez, Supervisor of Education

RECEIVED
JAN 2 3 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# Certificate of Achievement

This Certifies That

*Juan Valera*

has satisfactorily completed

*Language Arts*

Consisting of 20 hours of Adult Continuing Education from July 17th through September 24th, 2005
This certificate is hereby issued this 24th day of September, 2005

Y. Grounds, A.C.E. Coordinator

M. Chavez, Supervisor of Education

RECEIVED
JAN 2 3 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# Certificate of Achievement

This certifies that

*Juan Valera*

has satisfactorily completed

*Essay Writing*

Consisting of 20 hours of Adult Continuing Education from January 19th through March 23rd, 2005
This certificate is hereby issued this 23rd day of March, 2005

R. Bills, A.C.E. Coordinator

M. Chavez, Supervisor of Education

RECEIVED
JAN 2 3 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

CERTIFICADO DE PARTICIPACIÓN

RECEIVED
JAN 2 3 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA



# PRISON FELLOWSHIP

Presentado a:

*Ivan Valera*

En reconocimiento de la participación en el seminario - Libre ¡Pór Fin!

"*Si mantienen fieles a mis enseñanzas, serán realmente mis discípulos: y conocerán la verdad - y la verdad los hará libres.*"

Juan 8:36

_____
Director del área

11/19/05
Fecha

_____
Líder

_____
Líder

Certificate of completion of Prison Fellowship seminar: FREE AT LAST!
A seminar to help in overcoming addictions