1  concurrently.  I'm also going to impose a period of supervised
2  release upon discharge from confinement of 10 years on Counts
3  1, 15, and 17, except in Counts 15 and 17, the term of
4  supervised release will be eight years.
5       I'm also going to find that you are unable to pay a
6  fine, and I'm going to impose a special assessment of $100 on
7  each of the three counts for a total of $300, which must be
8  paid forthwith.
9       I think at your age, the 324 months is indeed a very
10 heavy sentence, but it's the minimum that I can impose under
11 the Sentencing Guidelines.
12      I'm now going to remand you to the custody of the
13 United States Marshal in execution of the sentence.  Is there
14 anything else I should say at this time or do at this time in
15 connection with the sentence, Mr. Dattan?
16      MR. DATTAN:  I don't think so, Your Honor, no.
17      THE COURT:  By the government?
18      MS. RENSCHEN:  No, Your Honor.
19      THE COURT:  Very well.  Now, it's my understanding
20 that counsel have been retained --
21      MR. DATTAN:  That's correct, Your Honor.  I'd like
22 permission to file my motion to withdraw.
23      THE COURT:  Yes.  Mister -- I'm going to enter the
24 appearance of counsel, and it's Mr. Echivera (ph)?
25      MR. LAVECCHIA:  No, Mr. LaVecchia.  For the record,

*Gaylene's Word Services*
*(907) 338-3936*   Exhibit B - Page 1 of 1