UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JUAN FRANCISCO RINCON VALERA (D-4),,<br><br>　　　　Defendant. | NO. 3:99-cr-00036-04-HRH<br><br>**PROPOSED ORDER** |

After due consideration of defendant's Motion to Reduce Sentence, a hearing for resentencing is set for _____, 2008, at _____ ____.m.

DATED this _____ day of _____ 2008, in Anchorage, Alaska.

_____
H. RUSSEL HOLLAND
U.S. DISTRICT JUDGE