IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FANNY MARGARITA PALACIOS-IBARRA, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| ) | No. 3:99-cr-0036-HRH |
| This Order Pertains to: ) | |
| ) | |
| JUAN FRANCISCO RINCON VALERA [D-04] ) | |
| _____) | |

O R D E R

Case Status

Defendant Valera moved <u>pro se</u> pursuant to 18 U.S.C. § 3582(c)(2) for modification of his sentence.[1]  Defendant moved for the appointment of counsel,[2] and that motion was granted.[3] Before CJA counsel was appointed or appeared, the Government responded[4] and, by order of March 6, 2007,[5] the court denied defendant's motion in the belief that the guideline pursuant to

---

[1]Docket No. 632; <u>see also</u> Docket No. 633.

[2]Docket No. 665.

[3]Docket No. 666.

[4]Docket No. 637.

[5]Docket No. 638.

- 1 -

which Valera was sentenced (U.S.S.G. 2D1.1(c)) had not been amended by the United States Sentencing Commission in a fashion that would affect his sentence. Defendant Valera filed an untimely notice of appeal.[6] By order of June 25, 2008, received by the clerk of this court on June 30, 2008,[7] the court of appeals remanded this matter to this court for purposes of affording Mr. Valera an opportunity to show excusable neglect for the untimeliness of his appeal.

In the meantime, on June 6, 2008, the Federal Public Defender appeared in this court as counsel for purposes of representing Mr. Valera on a Section 3582(c) motion.[8] In doing so, counsel likely did not realize that Mr. Valera still had an appeal pending. Counsel sought and was granted additional time within which to file a Section 3582(c) motion[9] and, shortly after the court received the order of the Ninth Circuit Court of Appeals remanding this matter, defendant Valera's motion to reduce sentence was filed by counsel.[10]

As reflected by the foregoing, when the matter of a Section 3582(c) reduction of sentence first came before the court on a _pro se_ motion, the court believed based upon its examination of a partial record that defendant was sentenced on the basis of an unchanged sentencing guideline. The motion that is now before the court suggests otherwise. It is the court's perception that,

---

[6]Docket No. 640.

[7]Docket No. 708.

[8]Docket No. 703.

[9]Docket No. 705.

[10]Docket No. 709.

inasmuch as Mr. Valera's appeal and his current motion for reduction of sentence address precisely the same issues, there is no purpose in the appeal going forward, irrespective of whether Mr. Valera can or cannot show excusable circumstances for the untimeliness of his notice of appeal.  The court will reexamine its disposition of defendant Valera's initial motion for modification of his sentence; and in furtherance of that approach to this matter, the court's Order of March 6, 2007,[11] is, <u>sua sponte</u>, vacated.

DATED at Anchorage, Alaska, this <u>10th</u> day of July, 2008.

/s/ H. Russel Holland
United States District Judge

---

[11]Docket No. 638.

- 3 -