## MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA          v.   PALACIOS-IBARRA

THE HONORABLE H. RUSSEL HOLLAND        CASE NO.  3:99-cr-0036-HRH

This Minute Order Pertains to:   Juan Francisco Rincon VALERA (D-04)

Deputy Clerk                          Official Recorder

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The court is in receipt of a memorandum from the Probation Service that addresses the question of how, if at all, changed guidelines would affect Mr. Valera's sentence in this case. The Probation Service will please forward a copy of the memorandum to counsel.

Upon receipt of this memorandum, counsel will please confer; and if counsel are in agreement with the revised calculation and are in agreement that the court should effect such a reduction of Mr. Valera's sentence, the court shall be so advised. Otherwise, this matter will proceed as previously ordered.