

AUG 18 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

**FILED**

AUG 12 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 07-35459 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-99-00036-HRH |
| v. | District of Alaska, Anchorage |
| JUAN FRANCISCO R. VALERA, | ORDER |
| Defendant - Appellant. | |

Before: CANBY, LEAVY and KLEINFELD, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged on appeal was vacated by the district court. Because the action is still pending in the district court, this appeal is dismissed for lack of jurisdiction. *See* 28 U.S.C. § 1291; *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties).

All pending motions are denied as moot.

MF/Pro Se