Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN FRANCISCO RINCON VALERA (D-4),,<br><br>Defendant. | NO. 3:99-cr-00036-04-HRH<br><br>**MEMORANDUM OF LAW IN SUPPORT OF UNOPPOSED MOTION TO REDUCE SENTENCE** |

**I.     Introduction.**

Juan Valera asks this court for an order reducing his sentence from 262 months to 210 months. He is entitled to this reduction because the United States Sentencing Commission has amended the Sentencing Guidelines to change the drug quantity tables at U.S.S.G. § 2D1.1 to lower the base offense level for most drug quantities by two levels. The Sentencing Commission also made Amendment 782 retroactive as of November 1, 2014, through an amendment to U.S.S.G. § 1B1.10. A reduced term of imprisonment based on Amendment 782 cannot be effective before November 1, 2015. Mr. Valera seeks a reduced sentence under 18 U.S.C. § 3582(c)(2).

## II. Background.

In 1999, Mr. Valera was found guilty after a jury trial of Conspiracy to Possess Cocaine Base With Intent to Distribute, and two counts of Distribution of a Controlled Substance. The court determined that Mr. Valera was in criminal history category III, and that he was responsible for the distribution of the equivalent of 67 kilograms of cocaine powder. Mr. Valera's original base offense level was 36. The offense level was increased three levels for his role in the offense. Mr. Valera was sentenced to 324 months in April 2000.

In 2009, Mr. Valera was resentenced under the crack amendment to 262 months. Under that amendment, this Court found that Mr. Valera was responsible for distribution of the equivalent of 3,232.5 kilograms of marijuana; the base offense level was 34. His amended total offense level was 37 and his criminal history III.

## III. Drugs Minus 2 Amendment.

Application of the retroactive Drugs Minus 2 Amendment to U.S.S.G. § 2D1.1 yields the following guideline computation:

| | |
|---|---:|
| **Base Offense Level** | **32** |
| **Role in the Offense** | **+3** |
| **Total Adjusted Offense Level** | **35** |

At criminal history category III, Mr. Valera's retroactively amended guideline range is 210 to 262 months. Mr. Valera asks that his sentence be reduced to 210 months.

Assistant U.S. Attorney Jo Ann Farrington does not oppose a reduction of Mr. Valera's sentence to 210 months.

DATED at Anchorage, Alaska this 25th day of November 2014.

Respectfully submitted,

s/Rich Curtner
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone: 907-646-3400
Fax: 907-646-3480
E-Mail: rich_curtner@fd.org

Certification:
I certify that on November 25, 2014,
a copy of the *Memorandum of Law in Support of Unopposed Motion to Reduce Sentence* was served electronically on:

Audrey J. Renschen
Assistant U.S. Attorney
222 West 7th Avenue, #9
Anchorage, AK 99513
E-Mail: audrey.renschen@usdoj.gov

/s/Rich Curtner

*United States v. Juan Francisco Rincon Valera*
Case No. 3:99-cr-00036-04-HRH                                                                                                          Page 3