Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: rich_curtner@fd.org

Attorney for Defendant Juan Francisco Rincon Valera

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. 3:99-cr-00036-HRH-4 |
|---|---|
| Plaintiff, | **MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE** |
| vs. | |
| JUAN FRANCISCO RINCON VALERA, | |
| Defendant. | |

Defendant Juan Francisco Rincon Valera, through counsel, Rich Curtner, Federal Defender, moves this Court for an order modifying the conditions of his supervised release in this matter to allow him to travel outside the country. Specifically, Mr. Valera requests to travel to the Dominican Republic to visit his mother who is 100 years old, recently suffered a heart attack and is in serious condition. Under the current terms of supervision, Mr. Valera is not allowed to travel outside the United States without the Court's leave.

Mr. Valera has discussed this matter with United States Probation Officer Paula McCormick and has provided her with documentation regarding his mother's

current medical condition[1] as well as a potential travel schedule. Mr. Valera has permission from USPO McCormick to travel outside the district to Seattle, Washington, to obtain a U.S. Passport. Once Mr. Valera obtains his passport, he wishes to travel to the Dominican Republic to see his mother.

USPO McCormick does not oppose Mr. Valera's travel to the Dominican Republic to see his mother.

DATED at Anchorage, Alaska this 17th day of May, 2019.

Respectfully submitted,

*/s/ Rich Curtner*
Rich Curtner
Federal Defender

Certificate of Service:
I, Rich Curtner, hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on May 17, 2019. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system. */s/ Rich Curtner*

---

[1] See Exhibit A.

*United States v. Juan Francisco Rincon Valera*
Case No. 3:99-cr-00036-HRH-4                                        Page 2