Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
425 G Street, Suite 800
Anchorage, Alaska 99501
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: rich_curtner@fd.org

Attorney for Defendant Juan Francisco Rincon Valera

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>JUAN FRANCISCO RINCON VALERA,<br><br>　　　　　　　Defendant. | Case No. 3:99-cr-00036-HRH-4<br><br>**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** |
|---|---|

Defendant Juan Francisco Rincon Valera, through counsel, Rich Curtner, Federal Defender, moves this Court for an order terminating his supervised release in this matter.

Juan Valera's term of supervision commenced on December 1, 2016. He has successfully completed two and a half years of his term without any violations.

Mr. Valera has been consistently working full-time while on supervision. He began working at the Anchorage Golf Course in October of 2017, and remains employed there. Mr. Valera also provides landscaping and snow removal services to a local pediatric clinic and has been doing so since spring of 2018. (Exhibit A).

Mr. Valera's mother, who resides in the Dominican Republic, recently suffered a heart attack and is in serious condition. Mr. Valera was able to visit his mother, with the Court's permission, and returned to Alaska without incident.

Title 18 U.S.C. § 3583(e)(1) authorizes this court to terminate supervised release after one year:

> **(e) Modification of conditions or revocation** –
> The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) –
>
> (1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice;

In order to conserve public resources and further the administration of justice, the Court should order Mr. Valera's early termination from supervised release. It is defense counsel's understanding that, subsequent to the filing of this motion, Probation will conduct a review of Mr. Valera's case file and make a recommendation to the Court.

DATED at Anchorage, Alaska this 18th day of June, 2019.

    Respectfully submitted,

    */s/ Rich Curtner*
    Rich Curtner
    Federal Defender

Certificate of Service:
I, Rich Curtner, hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on June 18, 2019. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.  */s/ Rich Curtner*