IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JUAN FRANCISCO RINCON VALERA, ) <br> (D-04) ) <br> Defendant. ) <br> _____) | No. 3:99-cr-0036-HRH |

O R D E R

Termination of Supervised Release

Defendant moves for early termination of his term of supervised release.[1] The motion is opposed by plaintiff.[2] The court has solicited and received from defendant's probation officer her evaluation of the instant motion. The probation officer recommends early termination of defendant's supervised release.

Under the Probation Service Guide to Judicial Policy, there is a presumption in favor of recommending early termination if:

(1) the defendant is not a career drug offender;

(2) the defendant is not a career criminal;

(3) the defendant has not committed a sex offense or engaged in terrorism;

---

[1]Docket No. 842.

[2]Docket No. 843.

Order – Termination of Supervised Release - 1 -

(4) the defendant presents no identified risk of harm to the public or a victim;

(5) the defendant is free from any violations over the past 12 months; and

(6) the defendant has demonstrated the ability to lawfully self-manage beyond supervision.

Defendant's probation officer reports that defendant qualifies under the foregoing policy.

Defendant's motion for early termination of supervised release is granted effective as of the date of this order.

DATED at Anchorage, Alaska, this  11th  day of July, 2019.

/s/ H. Russel Holland
United States District Judge